O

FILED
CLERK, U.S. DISTRICT COURT

MAR 22 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>MARIO RAMIREZ-<br>PEREZ )<br><br>Defendant. ) | Case No.: CR 18-17-DSF<br><br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

      The defendant having been arrested in this District pursuant to

a warrant issued by the United States District Court for the

C. D. CAL _____ for alleged violation(s) of the terms and

conditions of his/her [probation] [supervised release]; and

      The Court having conducted a detention hearing pursuant to

Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

      The Court finds that:

A.    (X   The defendant has not met his/her burden of establishing by

      clear and convincing evidence that he/she is not likely to flee

      if released under 18 U.S.C. § 3142(b) or (c).  This finding is

      based on  new crim. conviction while on release

```
 1  _____

 2  _____

 3  _____

 4  and/or

 5  B.    ( )   The defendant has not met his/her burden of establishing by

 6        clear and convincing evidence that he/she is not likely to pose

 7        a danger to the safety of any other person or the community if

 8        released under 18 U.S.C. § 3142(b) or (c).  This finding is based

 9        on:_____

10        _____

11        _____

12        _____

13

14        IT THEREFORE IS ORDERED that the defendant be detained pending

15  the further revocation proceedings.

16

17  Dated:    3|22|18

18

19                              _____

20                              UNITES STATES MAGISTRATE JUDGE
                                       PAUL L. ABRAMS
21

22

23

24

25

26

27

28
```